UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | ED CV 19-02027-VBF (DFM) | Date: | January 22, 2020 |
|---|---|---|---|
| Title | Niya Bunch v. Victor Valley Domestic Violence Inc. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause for Failure to Prosecute**

Plaintiff filed her complaint in this matter on October 22, 2019. See Dkt. 1. On December 11, 2019, the Court dismissed the complaint and ordered Plaintiff to file either a Notice of Election or a First Amended Complaint within twenty-eight days or risk dismissal of this case for failure to prosecute. See Dkt. 7.

Plaintiff's deadline has expired without any action from Plaintiff. This represents a failure to prosecute. Accordingly, within twenty-one (21) days of this order, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file her Notice of Election or First Amended Complaint, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) file her Notice of Election or First Amended Complaint in the format specified in the Court's December 11, 2019 order.

**Plaintiff is expressly forewarned that if she fails to do either, the Court will deem such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.**