# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| NIYA BUNCH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR VALLEY DOMESTIC VIOLENCE, INC.,<br><br>　　　　Defendant. | Case No. ED CV 19-02027-VBF (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Date: April 10, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　United States District Judge